UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - CHANGE OF PLEA

Case No: SACR 14-198 DSF Date: 2/1/16

---

PRESENT: HONORABLE DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Debra Plato | Pat Cuneo | Allan Phelps |
| Court Clerk | Court Reporter | U.S. Dept. Of Justice |

INTERPRETER: None

---

| U.S.A. vs (Dft listed below) | Attorney for Defendant |
|---|---|
| 1) Jeremy Nelson | 1) Katherine Corrigan |
| X pres ___custody X bond | X pres X apptd __retnd |

---

PROCEEDINGS: ENTRY OF GUILTY PLEA

√ Defendant moves to enter a guilty plea to an Indictment.

√ Defendant sworn.

√ Defendant enters new and different plea of GUILTY to Count 1.

√ The Court advises defendant of his/her Constitutional rights and questions the defendant regarding the plea of GUILTY. The Court FINDS there is an independent factual basis for the plea and further FINDS the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights. The Court accepts the plea and orders that the plea be entered.

√ The Court refers the defendant to the Probation Office for an investigation and report and the matter is continued to **Monday,November 14, 2016 at 8:30 a.m.** for sentencing.

√ The Court vacates the jury trial date for this defendant.

√ The Court, with the concurrence of the Government, allows the defendant to remain on bond and advises of the consequences of a violation of terms and conditions or a failure to appear.

√ The government is to submit a proposed sentencing order setting sentencing schedule. Continuances will be granted only on a specific showing of good cause.

___ Other: ______________________________.

0/35

MINUTES FORM 6
CRIM - GEN (rev 3-21-06)

Initials of Deputy Clerk dp